**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00035-CV

### CODY MURPHY, Appellant

### V.

### KILLER RIDEZ, INC, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-11-05462-E**

## ORDER

Appellee Killer Ridez, Inc.'s June 19, 2014 motion to modify the judgment and mandate

is **DENIED**.


/s/    MOLLY FRANCIS
JUSTICE